CLOSED,CV,PATENT,PRO–SE,PRO–SE INT

## U.S. District Court
## U.S. District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:25–cv–03843–PJS–DLM

Lyden v. Turtle Beach Corporation et al
Assigned to: Chief Judge Patrick J. Schiltz
Referred to: Magistrate Judge Douglas L. Micko
Cause: 35:271 Patent Infringement

Date Filed: 10/03/2025
Date Terminated: 03/19/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Robert Michael Lyden**
*an individual*

represented by **Robert Michael Lyden**
2270 Arlington Ave. E.
St. Paul, MN 55119
971–219–1200
Email: robertmjlyden@gmail.com
PRO SE

V.

**Defendant**

**Turtle Beach Corporation**
*a Nevada Corporation*

represented by **Ali S. Razai**
Morgan, Lewis & Bockius LLP
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
714–830–0600
Fax: 714–830–0700
Email: ali.razai@morganlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brandon G. Smith**
Morgan Lewis
600 Anton Blvd
Ste 18th Floor
Costa Mesa, CA 92626
714–830–0600
Email: brandon.g.smith@morganlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacob Grotenrath**
Morgan Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178
212–309–6000
Email: jacob.grotenrath@morganlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Kelly J. Fermoyle**
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612–766–7207
Email: kelly.fermoyle@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| **Voyetra Turtle Beach, Inc.**<br>*a Delaware Corporation* | represented by | **Ali S. Razai**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| | | **Brandon G. Smith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jacob Grotenrath**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kelly J. Fermoyle**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Performance Designed Products, LLC**<br>*a California Limited Liability Corporation* | represented by | **Ali S. Razai**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| | | **Brandon G. Smith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jacob Grotenrath**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Kelly J. Fermoyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2025 | Ï 1 | COMPLAINT against Performance Designed Products, LLC, Turtle Beach Corporation, Voyetra Turtle Beach, Inc. (filing fee $405, receipt number AMNDC–1242) filed by Robert Michael Lyden. Filer requests summons issued. Case assigned to Judge Chief Judge Patrick J. Schiltz per 3rd, 4th – Patent list, referred to Magistrate Judge Elsa M. Bullard. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Exhibit(s) F, # 7 Exhibit(s) G, # 8 Exhibit(s) H, # 9 Exhibit(s) I, # 10 Exhibit(s) J, # 11 Exhibit(s) K, # 12 Exhibit(s) L, # 13 Exhibit(s) M, # 14 Exhibit(s) N, # 15 Exhibit(s) O, # 16 Exhibit(s) P, # 17 Exhibit(s) Q, # 18 Exhibit(s) R, # 19 Exhibit(s) S, # 20 Civil Cover Sheet) (jam) Document QC'd on 11/10/2025 (CLK). (Entered: 10/03/2025) |
| 10/03/2025 | Ï 2 | Summons Issued as to Performance Designed Products, LLC, Turtle Beach Corporation, Voyetra Turtle Beach, Inc. CC: Robert Michael Lyden w/ Service of Process Info Sheet. (jam) Modified text on 10/3/2025 (jam). (Entered: 10/03/2025) |
| 10/03/2025 | Ï 3 | DECLARATION of ROBERT MICHAEL LYDEN re 1 Complaint, by Robert Michael Lyden. (jam) Document QC'd on 11/10/2025 (CLK). (Entered: 10/03/2025) |
| 10/03/2025 | Ï 4 | LETTER from Clerk's Office – RE: AO 120 (jam) (Entered: 10/03/2025) |
| 10/06/2025 | Ï 5 | Clerk's Notice of APPLICATION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY. Robert M. Lyden is GRANTED e–filing privileges in this case. Pursuant to F.R.Cv.P. Rule 5 and 7(d), Robert M. Lyden has consented to electronic service and has agreed to waive service by other means for all subsequent filings in this case, except when electronic service is not allowed under the rules. (SAD) (Entered: 10/06/2025) |
| 10/17/2025 | Ï 6 | REPORT ON FILING OF PATENT/TRADEMARK ACTION (AO 120)(USPTO noticed with filing.) (LTT) Modified text on 11/10/2025 (CLK). Document QC'd on 12/5/2025 (BTX). (Entered: 10/17/2025) |
| 10/22/2025 | Ï 7 | WAIVER OF SERVICE Returned Executed filed by Robert Michael Lyden. Performance Designed Products, LLC waiver sent on 10/17/2025, answer due 12/16/2025; Turtle Beach Corporation waiver sent on 10/17/2025, answer due 12/16/2025. Voyetra Turtle Beach, Inc. waiver sent on 10/17/2025, answer due 12/16/2025(LTT) Modified text on 12/11/2025 (CLK). Document QC'd on 10/22/2025 (CLK). (Entered: 10/24/2025) |
| 12/16/2025 | Ï 8 | MOTION for Admission Pro Hac Vice for Attorney Ali Razai. Filing fee $ 150, receipt number AMNDC–12457957 filed by Performance Designed Products, LLC, Turtle Beach Corporation, Voyetra Turtle Beach, Inc.. (Fermoyle, Kelly) (Entered: 12/16/2025) |
| 12/16/2025 | Ï 9 | MOTION for Admission Pro Hac Vice for Attorney Brandon Smith. Filing fee $ 150, receipt number AMNDC–12457973 filed by Performance Designed Products, LLC, Turtle Beach Corporation, Voyetra Turtle Beach, Inc.. (Fermoyle, Kelly) (Entered: 12/16/2025) |
| 12/16/2025 | Ï 10 | FILED IN ERROR – MOTION for Admission Pro Hac Vice for Attorney Jacob Grotenrath. Filing fee $150, receipt number AMNDC–12458003 filed by Performance Designed Products, LLC, |

| | | |
|---|---|---|
| | | Turtle Beach Corporation, Voyetra Turtle Beach, Inc. (Fermoyle, Kelly) Modified text on 12/16/2025 (CNO). (Entered: 12/16/2025) |
| 12/16/2025 | 11 | **RULE 7.1 DISCLOSURE STATEMENT.** There is no parent corporation, publicly held corporation owning 10 percent or more of its stock, or any subsidiaries to report for Turtle Beach Corporation. (Razai, Ali) (Entered: 12/16/2025) |
| 12/16/2025 | 12 | **RULE 7.1 DISCLOSURE STATEMENT.** There is no parent corporation, publicly held corporation owning 10 percent or more of its stock, or any subsidiaries to report for Voyetra Turtle Beach, Inc.. (Razai, Ali) (Entered: 12/16/2025) |
| 12/16/2025 | 13 | **RULE 7.1 DISCLOSURE STATEMENT.** There is no parent corporation, publicly held corporation owning 10 percent or more of its stock, or any subsidiaries to report for Performance Designed Products, LLC. (Razai, Ali) (Entered: 12/16/2025) |
| 12/16/2025 | 14 | MOTION to Dismiss/General filed by Performance Designed Products, LLC, Turtle Beach Corporation, Voyetra Turtle Beach, Inc.. (Razai, Ali) (Entered: 12/16/2025) |
| 12/16/2025 | 15 | NOTICE OF HEARING ON MOTION 14 MOTION to Dismiss/General : Motion Hearing set for 3/2/2026 at 08:30 AM in Courtroom 15 (MPLS) before Chief Judge Patrick J. Schiltz. (Razai, Ali) (Entered: 12/16/2025) |
| 12/16/2025 | 16 | MEMORANDUM in Support re 14 MOTION to Dismiss/General *for Improper Venue* filed by Performance Designed Products, LLC, Turtle Beach Corporation, Voyetra Turtle Beach, Inc..(Razai, Ali) (Entered: 12/16/2025) |
| 12/16/2025 | 17 | MEET and CONFER STATEMENT re 14 Motion to Dismiss/General filed by Performance Designed Products, LLC, Turtle Beach Corporation, Voyetra Turtle Beach, Inc..(Razai, Ali) (Entered: 12/16/2025) |
| 12/16/2025 | 18 | PROPOSED ORDER TO JUDGE re Granting Defendants' Motion to Dismiss for Improper Venue 14 Motion to Dismiss/General. (Razai, Ali) (Entered: 12/16/2025) |
| 12/16/2025 | 19 | Declaration of Drew Johnson in Support of 14 MOTION to Dismiss/General filed by Performance Designed Products, LLC, Turtle Beach Corporation, Voyetra Turtle Beach, Inc..(Razai, Ali) (Entered: 12/16/2025) |
| 12/17/2025 | 20 | ORDER OF RECUSAL. Magistrate Judge Elsa M. Bullard recused. Case reassigned to Magistrate Judge Douglas L. Micko for all further proceedings. **NOTE:** the new case number is **25−cv−3843 PJS/DLM**. Please use this case number for all subsequent pleadings. Signed by Magistrate Judge Elsa M. Bullard on 12/17/2025.(LTT) (Entered: 12/17/2025) |
| 12/18/2025 | 21 | (Text−Only) ORDER granting 8 Motion for Admission Pro Hac Vice of Attorney Ali S. Razai for Performance Designed Products, LLC, for Turtle Beach Corporation, and, for Voyetra Turtle Beach, Inc.; and, granting 9 Motion for Admission Pro Hac Vice of Attorney Brandon G. Smith for Performance Designed Products, for Turtle Beach Corporation, and, for Voyetra Turtle Beach, Inc. Approved by Magistrate Judge Douglas L. Micko on 12/18/2025. (CNO) (Entered: 12/18/2025) |
| 01/02/2026 | 22 | MEET and CONFER STATEMENT re 14 Motion to Dismiss/General filed by Robert Michael Lyden.(Lyden, Robert) (Entered: 01/02/2026) |
| 01/02/2026 | 23 | LR7.1/LR72.2 WORD COUNT COMPLIANCE CERTIFICATE by All Plaintiffs re 16 Memorandum in Support of Motion filed by Robert Michael Lyden.(Lyden, Robert) (Entered: 01/02/2026) |
| 01/02/2026 | 24 | PROPOSED ORDER TO JUDGE re 14 MOTION to Dismiss/General filed by Robert Michael Lyden.(Lyden, Robert) (Entered: 01/02/2026) |

| 01/02/2026 | 25 | RESPONSE in Opposition re 14 MOTION to Dismiss/General filed by Robert Michael Lyden.(Lyden, Robert) (Entered: 01/02/2026) |
|---|---|---|
| 01/02/2026 | 26 | DECLARATION of Robert Michael Lyden in Opposition to 14 MOTION to Dismiss/General filed by Robert Michael Lyden. (Attachments: # 1 Exhibit(s) Exhibit A, # 2 Exhibit(s) Exhibit B, # 3 Exhibit(s) Exhibit C, # 4 Exhibit(s) Exhibit D, # 5 Exhibit(s) Exhibit E, # 6 Exhibit(s) Exhibit F, # 7 Exhibit(s) Exhibit G, # 8 Exhibit(s) Exhibit H, # 9 Exhibit(s) Exhibit I, # 10 Exhibit(s) Exhibit J, # 11 Exhibit(s) Exhibit K, # 12 Exhibit(s) Exhibit L)(Lyden, Robert) (Entered: 01/02/2026) |
| 01/05/2026 | 27 | MOTION for Admission Pro Hac Vice for Attorney Jacob Grotenrath. Filing fee $ 150, receipt number AMNDC−12494667 filed by Performance Designed Products, LLC, Turtle Beach Corporation, Voyetra Turtle Beach, Inc.. (Fermoyle, Kelly) (Entered: 01/05/2026) |
| 01/05/2026 | 28 | (Text−Only) ORDER/NOTICE TO ATTORNEY. Due to the pending Motion to Dismiss 14 , the Court finds there is good cause to delay the entry of a pretrial scheduling order. The Court will schedule a pretrial conference, if needed, promptly after a decision is issued on the pending motion. Ordered by Magistrate Judge Douglas L. Micko on 1/5/2026. (jme) (Entered: 01/05/2026) |
| 01/05/2026 | 29 | NOTICE by Robert Michael Lyden re 26 Declaration in Opposition, (Lyden, Robert) (Entered: 01/05/2026) |
| 01/06/2026 | 30 | (Text−Only) ORDER granting 27 Motion for Admission Pro Hac Vice of Attorney Jacob Grotenrath for Performance Designed Products, LLC, for Turtle Beach Corporation, and, for Voyetra Turtle Beach, Inc. Approved by Magistrate Judge Douglas L. Micko on 1/6/2026. (CNO) (Entered: 01/06/2026) |
| 01/16/2026 | 31 | REPLY re 14 MOTION to Dismiss/General *for Improper Venue* filed by Performance Designed Products, LLC, Turtle Beach Corporation, Voyetra Turtle Beach, Inc..(Razai, Ali) (Entered: 01/16/2026) |
| 01/23/2026 | 32 | MOTION *Motion For Permission to File Sur−Reply* re 31 Reply filed by Robert Michael Lyden. (Lyden, Robert) (Entered: 01/23/2026) |
| 01/23/2026 | 33 | Meet and Confer Statement re 32 MOTION *Motion For Permission to File Sur−Reply* re 31 Reply by Robert Michael Lyden. (Lyden, Robert) Modified text on 1/23/2026 (MKB). (Entered: 01/23/2026) |
| 01/26/2026 | 34 | (Text−Only) ORDER granting 32 plaintiff's motion for permission to file sur−reply. Plaintiff may file a sur−reply of no more than 1,000 words. Ordered by Chief Judge Patrick J. Schiltz on 1/26/2026. (CJS) (Entered: 01/26/2026) |
| 01/26/2026 | 35 | AMENDED NOTICE of Hearing on Motion: 14 MOTION to Dismiss/General : Motion Hearing set for 3/3/2026 at 08:30 AM in Courtroom 15 (MPLS) before Chief Judge Patrick J. Schiltz. (Smith, Brandon) (Entered: 01/26/2026) |
| 01/29/2026 | 36 | Reply to Response to Motion re 32 MOTION *Motion For Permission to File Sur−Reply* re 31 Reply *Sur−Reply* filed by Robert Michael Lyden.(Lyden, Robert) (Entered: 01/29/2026) |
| 01/29/2026 | 37 | LR7.1/LR72.2 WORD COUNT COMPLIANCE CERTIFICATE by Robert Michael Lyden re 36 Reply to Response to Motion filed by Robert Michael Lyden.(Lyden, Robert) (Entered: 01/29/2026) |
| 03/03/2026 | 38 | (Text−Only) **MINUTE ENTRY for proceedings held before Chief Judge Patrick J. Schiltz on 3/3/2026: Oral Arguments Motion Hearing.**<br><br>Court Reporter: Janell Gruber.<br>Minneapolis Courthouse, Courtroom 15E.<br>Time: 8:31 a.m./9:31 a.m. |

Total Time: 30 minutes.

**APPEARANCES:**
**For Plaintiff:** Pro Se.
**For Defendants:** Brandon G. Smith and Kelly J. Fermoyle.

**PROCEEDINGS:**
**Hearing on: <u>14</u> Defendants' Motion to Dismiss.**
The motion was moved, argued, and taken under advisement. Order to follow.

(CRD) (Entered: 03/03/2026)

| 03/19/2026 | <u>39</u> | ORDER granting in part <u>14</u> defendants' motion to dismiss. The Clerk of Court is DIRECTED to transfer this case to the United States District Court for the Southern District of California. See Order for details. (Written Opinion). Signed by Chief Judge Patrick J. Schiltz on 3/19/2026. (CRD) (Entered: 03/19/2026) |